**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | |
|---|---|
| **THICK TECH SYSTEMS, INC.,** )<br>            **PLAINTIFF** )<br>)<br>V. )<br>)<br>**METHUEN CONSTRUCTION CO., INC.; FLETCH'S SANDBLASTING & PAINTING, INC.;** AND **LIBERTY MUTUAL INSURANCE CO.,** )<br>            **DEFENDANTS** )<br>**METHUEN CONSTRUCTION CO., INC.,** )<br>            **CROSSCLAIM PLAINTIFF** )<br>V. )<br>**FLETCH'S SANDBLASTING & PAINTING, INC.,** )<br>            **CROSSCLAIM DEFENDANT** )<br>**FLETCH'S SANDBLASTING & PAINTING, INC.,** )<br>            **THIRD-PARTY PLAINTIFF** )<br>V. )<br>**FAY, SPOFFORD AND THORNDIKE LLC** AND **THORNDIKE, INC.** D/B/A **STANTEC CONSULTING SERVICES, INC.,** )<br>            **THIRD-PARTY DEFENDANT** ) | **CIVIL NO. 2:15-CV-76-DBH** |

**ORDER STAYING THIRD-PARTY COMPLAINT**

In the absence of any response to the Court's Order to Show Cause of June 21, 2017, all proceedings on Fletch's Sandblasting & Painting, Inc.'s third-party complaint are **STAYED** pending the outcome of arbitration in the remainder of the case.

The parties in the entire action shall provide a Status Report to the Court every 90 days, the first such report being due October 9, 2017.

**SO ORDERED.**

**DATED THIS 11TH DAY OF JULY, 2017**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**