**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | |
|---|---|
| **THICK TECH SYSTEMS, INC.,**<br>               **PLAINTIFF**<br>**v.**<br>**METHUEN CONSTRUCTION CO., INC.; FLETCH'S SANDBLASTING & PAINTING, INC.; AND LIBERTY MUTUAL INSURANCE CO.,**<br>               **DEFENDANTS**<br>**METHUEN CONSTRUCTION CO., INC.,**<br>               **CROSSCLAIM PLAINTIFF**<br>**v.**<br>**FLETCH'S SANDBLASTING & PAINTING, INC.,**<br>               **CROSSCLAIM DEFENDANT**<br>**FLETCH'S SANDBLASTING & PAINTING, INC.,**<br>               **THIRD-PARTY PLAINTIFF**<br>**v.**<br>**FAY, SPOFFORD AND THORNDIKE LLC AND THORNDIKE, INC. D/B/A STANTEC CONSULTING SERVICES, INC.,**<br>               **THIRD-PARTY DEFENDANT** | **CIVIL NO. 2:15-CV-76-DBH** |

**ORDER EXTENDING STAY OF PROCEEDINGS**

The Order to Show Cause (ECF No. 88) is discharged in light of the parties' responses. The parties shall notify the Court of the status of arbitration by January 31, 2018.

**SO ORDERED.**

**DATED THIS 24TH DAY OF OCTOBER, 2017**

                                                    /S/D. BROCK HORNBY<br>
                                                    **D. BROCK HORNBY**<br>
                                                    **UNITED STATES DISTRICT JUDGE**