## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| THICK TECH SYSTEMS, INC., )<br>          **PLAINTIFF** )<br>)<br>v. )<br>)<br>METHUEN CONSTRUCTION CO., )<br>INC.; FLETCH'S SANDBLASTING & )<br>PAINTING, INC.; AND LIBERTY )<br>MUTUAL INSURANCE CO., )<br>          **DEFENDANTS** )<br>METHUEN CONSTRUCTION CO., )<br>INC., )<br>          **CROSSCLAIM PLAINTIFF** )<br>)<br>v. )<br>)<br>FLETCH'S SANDBLASTING & )<br>PAINTING, INC., )<br>          **CROSSCLAIM DEFENDANT** )<br>FLETCH'S SANDBLASTING & )<br>PAINTING, INC., )<br>          **THIRD-PARTY PLAINTIFF** )<br>v. )<br>FAY, SPOFFORD AND THORNDIKE )<br>LLC AND THORNDIKE, INC. D/B/A )<br>STANTEC CONSULTING SERVICES, )<br>INC., )<br>          **THIRD-PARTY DEFENDANT** | **CIVIL NO. 2:15-CV-76-DBH** |

## ORDER EXTENDING STAY OF PROCEEDINGS

In light of the parties' recent responses, the parties shall further notify the Court of the status of arbitration by Friday, March 30, 2018.

**SO ORDERED.**

**DATED THIS 12TH DAY OF FEBRUARY, 2018**

                                                    /S/D. BROCK HORNBY<br>
                                                    **D. BROCK HORNBY**<br>
                                                    **UNITED STATES DISTRICT JUDGE**