# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **THICK TECH SYSTEMS, INC.,** )<br>  **PLAINTIFF** )<br>)<br>v. )<br>)<br>**METHUEN CONSTRUCTION CO., INC.; FLETCH'S SANDBLASTING & PAINTING, INC.; AND LIBERTY MUTUAL INSURANCE CO.,** )<br>  **DEFENDANTS** )<br>**METHUEN CONSTRUCTION CO., INC.,** )<br>  **CROSSCLAIM PLAINTIFF** )<br>v. )<br>**FLETCH'S SANDBLASTING & PAINTING, INC.,** )<br>  **CROSSCLAIM DEFENDANT** )<br>**FLETCH'S SANDBLASTING & PAINTING, INC.,** )<br>  **THIRD-PARTY PLAINTIFF** )<br>v. )<br>**FAY, SPOFFORD AND THORNDIKE LLC AND THORNDIKE, INC. D/B/A STANTEC CONSULTING SERVICES, INC.,** )<br>  **THIRD-PARTY DEFENDANT** | **CIVIL NO. 2:15-CV-76-DBH** |

## ORDER EXTENDING STAY OF PROCEEDINGS

In light of the parties' Status Report of March 28, 2018, I **EXTEND** the current stay of proceedings. The parties shall further notify the Court concerning the status of arbitration by September 30, 2018.

**SO ORDERED.**

**DATED THIS 29TH DAY OF MARCH, 2018**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**