# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| THICK TECH SYSTEMS, INC.,  )<br>   **PLAINTIFF**  )<br>  )<br>v.  )<br>  )<br>METHUEN CONSTRUCTION CO.,  )<br>INC.; FLETCH'S SANDBLASTING &  )<br>PAINTING, INC.; AND LIBERTY  )<br>MUTUAL INSURANCE CO.,  )<br>   **DEFENDANTS**  )<br>METHUEN CONSTRUCTION CO.,  )<br>INC.,  )<br>   **CROSSCLAIM PLAINTIFF**  )<br>v.  )<br>FLETCH'S SANDBLASTING &  )<br>PAINTING, INC.,  )<br>   **CROSSCLAIM DEFENDANT**  )<br>FLETCH'S SANDBLASTING &  )<br>PAINTING, INC.,  )<br>   **THIRD-PARTY PLAINTIFF**  )<br>v.  )<br>FAY, SPOFFORD AND THORNDIKE  )<br>LLC AND THORNDIKE, INC. D/B/A  )<br>STANTEC CONSULTING SERVICES,  )<br>INC.,  )<br>   **THIRD-PARTY DEFENDANT** | **CIVIL NO. 2:15-CV-76-DBH** |

## ORDER EXTENDING STAY OF PROCEEDINGS

In light of the parties' Status Report of September 27, 2018, I **EXTEND** the current stay of proceedings. The parties shall further notify the Court concerning the status of arbitration by November 15, 2018.

**SO ORDERED.**

**DATED THIS 28TH DAY OF SEPTEMBER, 2018**

             /S/D. BROCK HORNBY
             **D. BROCK HORNBY**
             **UNITED STATES DISTRICT JUDGE**